IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE LEDET, Individually and for Others Similarly Situated, ) | CIVIL DIVISION |
| ) | |
| Plaintiff, ) | Case No. 2:22-cv-01324-CRE |
| ) | |
| v. ) | FLSA Collective Action |
| ) | |
| H&K ENGINEERING, LLC and ORBITAL ENGINEERING, INC. ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | ELECTRONIC FILING |

**PLAINTIFF'S AMENDED MOTION FOR CONDITIONAL
CERTIFICATION AND COURT-AUTHORIZED NOTICE**

Plaintiff Lance Ledet files this Amended Motion for Conditional Certification and Court-authorized Notice. For the reasons outlined in Plaintiff's supporting Memorandum, Plaintiff respectfully requests the Court grant conditional certification of, and authorize notice to be sent to, the following collective:

> **All current or former employees of H&K and/or Orbital who were paid straight time for overtime in the past three years (the Putative Class Members or Straight Time Workers).**

To facilitate the purposes of the FLSA's collective action provisions, Plaintiff respectfully requests the Court expeditiously grant the instant Motion and (1) conditionally certify the proposed collective of Straight Time Workers; (2) approve the Notice and Consent forms attached to Plaintiff's Motion as Exhibit 17; (3) authorize Class Counsel to send notice to the Straight Time Workers via mail, email, and text message, along with an identical reminder notice; (4) authorize Class Counsel to contact certain Straight Time Workers by telephone if their mailed or emailed Notice and Consent forms are returned as undeliverable; (5) authorize a sixty-day notice period for the Straight Time Workers to join the case; and (6) order Defendants to produce the contact information for each of

the Straight Time Workers within 10 days of the Court's order in a usable electronic format, such as Excel.

Plaintiff's Motion is supported by the attached Memorandum and Exhibits.

**Dated: April 3, 2023**                           Respectfully submitted,

By: */s/ Andrew W. Dunlap*
    **Michael A. Josephson**
    PA Bar No. 308410
    **Andrew W. Dunlap**
    Texas Bar No. 24078444
    **Alyssa J. White**
    Texas Bar No. 24073014
    **JOSEPHSON DUNLAP, LLP**
    11 Greenway Plaza, Suite 3050
    Houston, Texas 77046
    Tel: (713) 352-1100
    Fax: (713) 352-3300
    mjosephson@mybackwages.com
    adunlap@mybackwages.com
    awhite@mybackwages.com

    **Richard J. (Rex) Burch**
    Texas Bar No. 24001807
    **BRUCKNER BURCH PLLC**
    11 Greenway Plaza, Suite 3025
    Houston, Texas 77046
    713-877-8788 – Telephone
    713-877-8065 – Facsimile
    rburch@brucknerburch.com

    **Joshua P. Geist**
    PA ID No. 85745
    **GOODRICH & GEIST PC**
    3634 California Ave.
    Pittsburgh, Pennsylvania 15212
    412-766-1455 – Telephone
    412-766-0300 – Facsimile
    josh@goodrichandgeist.com

    **ATTORNEYS IN CHARGE FOR PLAINTIFFS AND PUTATIVE CLASS MEMBERS**

## CERTIFICATE OF CONFERENCE

I hereby certify that prior to filing the instant Motion, I conferred with Counsel for Defendant. Counsel for Defendant indicated Defendant is opposed to the relief sought herein, necessitating the filing of the instant Motion.

*/s/ Andrew W. Dunlap*
**Andrew W. Dunlap**

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document on all parties and/or their counsel of record via this Court's ECF electronic filing system on April 3, 2023, in accordance with the Federal Rules of Civil Procedure.

*/s/ Andrew W. Dunlap*
**Andrew W. Dunlap**