# Exhibit 1

**From:** "Shrayber, Fred" <fred.shrayber@dentons.com>
**Date:** April 28, 2023 at 3:03:10 PM CDT
**Subject: RE: Ledet v. H&K Engineering, LLC, 2:22-cv-1324 (W.D. Pa.) -- Term Sheet**

Caution! This message was sent from outside your organization. | Allow sender | Block sender

Carole – Confirmed.

Thank you.
Fred

**Fred Shrayber**
Shareholder

My pronouns are: He/Him/His
D +1 412 297 4612
Pittsburgh

---

**From:** Carole Katz <carole@carolekatz.com>
**Sent:** Friday, April 28, 2023 3:53 PM
**To:** W. Dunlap Andrew (adunlap@mybackwages.com) <adunlap@mybackwages.com>; Shrayber, Fred <fred.shrayber@dentons.com>; Faeth, Valerie <valerie.faeth@dentons.com>

**Subject:** Ledet v. H&K Engineering, LLC, 2:22-cv-1324 (W.D. Pa.) -- Term Sheet

**[WARNING: EXTERNAL SENDER]**

Dear Andrew, Fred and Val:

This will memorialize the terms of the settlement the parties reached at today's mediation:

- Gross settlement amount of $1,050,000. This is an all-in fund that will include, for example, reasonable attorneys' fees and costs, incentive award (if any), payments to members of the collective, and administrative fees.
- Full wage and hour releases as to all pay practices of H&K Engineering, LLC, and H&K Staffing, LLC, up through December 31, 2021. Orbital Engineering and affiliates will be included in that release only as to Plaintiff's joint employer theory relating to H&K pay practices up through December 31, 2021.
- Notice will be issued to the approximately 45 Collective members with alleged damages. The specific notice process is to be determined: Plaintiff's counsel would be agreeable either to sending checks with notices, or to sending notices that need to be timely returned in order to receive a check. Defense counsel will let Plaintiff's counsel know which option Defendants prefer.
- Payments to members of the Collective who opt in to the settlement will be allocated 50% to wages (W2, legally required deductions) and 50% to non-wages (1099). Employer to pay its share of payroll taxes.
- Any amounts allocated to members of the Collective that are not claimed will be returned to Defendant(s).
- Defendants will not object to attorneys' fees up to 40% plus costs.
- This case will be dismissed with prejudice as to the named Plaintiff, all opt-ins and as to all fees and costs expended by Plaintiffs' counsel in this case.
- The parties will cooperate to prepare of formal settlement agreement and to present this settlement to an arbitrator for approval. If Court refuses to grant the request to move the case to arbitration, then the settlement will go forward with approval sought from the Court.

Please confirm the above accurately summarizes the material terms of this settlement, and to legally bind your clients.



412.916.4874
www.carolekatz.com
carole@carolekatz.com

Carole Katz LLC
6448 Melissa Street
Pittsburgh, PA 15206

**From:** Andrew Dunlap <adunlap@mybackwages.com>
**Sent:** Friday, April 28, 2023 4:03 PM
**To:** Carole Katz <carole@carolekatz.com>; Shrayber, Fred <fred.shrayber@dentons.com>; Faeth, Valerie <valerie.faeth@dentons.com>
**Subject:** Re: Ledet v. H&K Engineering, LLC, 2:22-cv-1324 (W.D. Pa.) -- Term Sheet

**[WARNING: EXTERNAL SENDER]**

Accepted. Thank you, Carole, Fred, Valerie, and Dylan.

Sincerely,



**ANDREW W. DUNLAP  //  JOSEPHSON DUNLAP**
PHONE #    713-352-1100          FAX #    713-352-3300
ADDRESS    11 GREENWAY PLAZA, SUITE 3050, HOUSTON, TX 77046
WEBSITE    WWW.MYBACKWAGES.COM

---

**From:** Carole Katz <carole@carolekatz.com>
**Date:** Friday, April 28, 2023 at 2:53 PM
**To:** Andrew Dunlap <adunlap@mybackwages.com>, Shrayber, Fred <fred.shrayber@dentons.com>, Faeth, Valerie <valerie.faeth@dentons.com>
**Subject:** Ledet v. H&K Engineering, LLC, 2:22-cv-1324 (W.D. Pa.) -- Term Sheet

Dear Andrew, Fred and Val:

This will memorialize the terms of the settlement the parties reached at today's mediation:
- Gross settlement amount of $1,050,000.  This is an all-in fund that will include, for example, reasonable attorneys' fees and costs, incentive award (if any), payments to members of the collective, and administrative fees.
- Full wage and hour releases as to all pay practices of H&K Engineering, LLC, and H&K Staffing, LLC, up through December 31, 2021.  Orbital Engineering and affiliates will be included in that release only as to Plaintiff's joint employer theory relating to H&K pay practices up through December 31, 2021.
- Notice will be issued to the approximately 45 Collective members with alleged damages.  The specific notice process is to be determined: Plaintiff's counsel would

be agreeable either to sending checks with notices, or to sending notices that need to be timely returned in order to receive a check.  Defense counsel will let Plaintiff's counsel know which option Defendants prefer.
- Payments to members of the Collective who opt in to the settlement will be allocated 50% to wages (W2, legally required deductions) and 50% to non-wages (1099).  Employer to pay its share of payroll taxes.
- Any amounts allocated to members of the Collective that are not claimed will be returned to Defendant(s).
- Defendants will not object to attorneys' fees up to 40% plus costs.
- This case will be dismissed with prejudice as to the named Plaintiff, all opt-ins and as to all fees and costs expended by Plaintiffs' counsel in this case.
- The parties will cooperate to prepare of formal settlement agreement and to present this settlement to an arbitrator for approval. If Court refuses to grant the request to move the case to arbitration, then the settlement will go forward with approval sought from the Court.

Please confirm the above accurately summarizes the material terms of this settlement, and to legally bind your clients.



412.916.4874
www.carolekatz.com
carole@carolekatz.com

Carole Katz LLC
6448 Melissa Street
Pittsburgh, PA 15206