# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

| | |
|---|---|
| LANCE LEDET, Individually and for Others Similarly Situated, | Case No. 2:22-CV-01324-CRE |
| v. | Collective Action |
| H&K ENGINEERING, LLC and ORBITAL ENGINEERING INC. | Jury Trial Demanded |

## CONSENT MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT

Plaintiff Lance Ledet, with consent of Defendants H&K Engineering, LLC and Orbital Engineering, Inc. (Ledet, H&K, and Orbital together, the Parties), moves the Court to approve the Parties' collective action settlement. Plaintiff submits that the settlement is a result of a *bona fide* dispute, negotiated at arms-length, by experienced Parties with the help of a well-known wage and hour Mediator, Carole Katz. Plaintiff believes the settlement is fair and reasonable and should therefore be approved. A brief in support, the settlement agreement, a declaration, and proposed Order are filed herewith.

Dated: June 7, 2023

Respectfully submitted,

JOSEPHSON DUNLAP LLP

By: /s/ *Andrew W. Dunlap*
    Michael A. Josephson
    Texas Bar No. 24014780
    *mjosephson@mybackwages.com*
    Andrew Dunlap
    Texas Bar No. 24078444
    *adunlap@mybackwages.com*
    Alyssa White
    Texas Bar No. 24073014
    *awhite@mybackwages.com*
    11 Greenway Plaza, Suite 3050
    Houston, TX 77046

        Tel: (713) 352-1100 / Fax (713) 352-3300

        AND

        Richard J. (Rex) Burch  
        Texas Bar No. 24001807  
        *rburch@brucknerburch.com*  
        BRUCKNER BURCH PLLC  
        11 Greenway Plaza, Suite 3025  
        Houston, Texas 77046  
        Tel: (713) 877-8788 /Fax: (713) 877-8065

        AND

        Joshua P. Geist  
        PA ID No. 85745  
        *josh@goodrichandgeist.com*  
        William F. Goodrich  
        PA ID No. 30235  
        *bill@goodrichandgeist.com*  
        GOODRICH & GEIST PC  
        3634 California Ave.  
        Pittsburgh, Pennsylvania 15212  
        Tel: (412) 766-1455 /Fax: (412) 766-0300

        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on June 7, 2023, in accordance with the Federal Rules of Civil Procedure.

        */s/ Andrew W. Dunlap*  
        Andrew W. Dunlap

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Counsel for Defendants who consent to the filing of this Motion.

        */s/ Andrew W. Dunlap*  
        Andrew W. Dunlap