# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

| | |
|---|---|
| LANCE LEDET, Individually and for Others Similarly Situated, | Case No. 2:22-CV-01324-CRE |
| v. | Collective Action |
| H&K ENGINEERING, LLC and ORBITAL ENGINEERING INC. | Jury Trial Demanded |

## ORDER GRANTING CONSENT MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT

Came to be considered the Plaintiff's Consent Motion for Approval of Collective Action Settlement, and the Court having reviewed the Motion is of the opinion that it should be and is hereby GRANTED.

IT IS HEREBY ORDERED that the Parties' Settlement Agreement is APPROVED.

IT IS FURTHER ORDERED that this case and all claims asserted in this case are DISMISSED WITH PREJUDICE, each Party to bear its own costs, unless otherwise set forth in the Settlement Agreement.

IT IS FURTHER ORDERED that this case is CLOSED.

June 8, 2023

Date

*Cynthia R. Eddy*

Hon. Cynthia Reed Eddy
United States Magistrate Judge